| | | | |
|---|---|---|---|
| | AUSA: | Blaine Longsworth | Telephone: (810) 766-5177 |
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Julio Coronado | Telephone: (810) 989-5056 |

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America
   v.
Jose Luis PARTIDA-Flores

                             Case: 4:26-mj-30204
                             Judge: Ivy, Curtis

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 15, 2026 _____ in the county of _____ Lapeer _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Julio J. Coronado, Border Patrol Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: 4/17/26 _____

_____
*Judge's signature*

City and state: Flint, MI _____

Curtis Ivy, Jr., U.S. Magistrate Judge
_____
*Printed name and title*

AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMNIAL COMPLAINT AND ARREST WARRANT

I, Julio J. Coronado, declare the following under penalty of perjury:

1.     I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol.  I have been employed in this capacity since June 11, 2007.  Currently, I am assigned to the Marysville Border Patrol Station.  The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases.  I have also reviewed the official immigration file and system automated data relating to Jose Luis PARTIDA-Flores, which attests the following:

2.     The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3.     Jose Luis PARTIDA-Flores is a thirty-four-year-old native and citizen of Mexico, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4.     On October 25, 2025, U.S. Border Patrol agents arrested PARTIDA-Flores at or near Santa Teresa, New Mexico. PARTIDA-Flores was issued an Expedited Order of Removal (ER) and was referred to the AUSA for prosecution of Title 8, United States Code, Section 1325(a)(1) (Illegal Entry).

5.     On or about October 30, 2025, PARTIDA-Flores was convicted by an Immigration Judge in the state and district of New Mexico of illegal Entry, under 8 U.S.C. § 1325(a)(1), and was sentenced to time served.

6.     On or about October 31, 2025, PARTIDA-Flores was removed to Mexico through the Paso Del Norte, Texas bridge.

7.     On April 15, 2026, PARTIDA-Flores was encountered by a U.S. Border Patrol Agent from the Marysville Station, while assisting another law enforcement agency on a traffic stop in Lapeer, within the Eastern District of Michigan. During the stop, PARTIDA-Flores readily admitted to entering the United States illegally and not having any type of permission to be in the United States legally.

8.     PARTIDA-Flores was transported to the Marysville Border Patrol Station for further investigation and processing. After confirming that he had previously been ordered removed by an Immigration Judge in Las Cruces, New Mexico, that prior order was reinstated.

9.     PARTIDA-Flores stated that he has five minor children who are all Mexican citizens and live with their mother in Mexico. When arrested, PARTIDA-Flores claimed that he lives in Lapeer, Michigan, and has been working as a cook at Mexico Lindo restaurant.

10.     The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

11.     Review of the alien file (A# xxx xxx 584) for PARTIDA-Flores, and queries in U.S. Border Patrol computer databases confirm no record exists of PARTIDA-Flores obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his last departure on October 31, 2025.

12.     Based on the above information, I believe there is probable cause to conclude that Jose Luis PARTIDA-Flores, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8 U.S.C. § 1326(a).

_____
Julio J. Coronado, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Curtis Ivy, Jr.
United States Magistrate Judge